# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**Chambers of**
**Claire C. Cecchi**
United States Magistrate Judge

Martin Luther King Jr, Federal Bldg.
& U.S. Courthouse
50 Walnut Street, Room 2064
Newark, NJ 07102
(973) 645-6664

November 15, 2007

## RECUSAL LETTER ORDER
## ORIGINAL FILED WITH THE CLERK OF THE COURT

All counsel of record on the docket sheet.

**Re: Donald Smith, et al v. Suprema Specialties, Inc., et al**
**Civil Action No. 02-168 (WHW)**

Dear Counsel:

Please be advised that I am recusing myself from this case. Magistrate Judge Esther Salas will assume all Magistrate responsibilities for this case.

**SO ORDERED.**

 s/   Claire C. Cecchi
**Hon. Claire C. Cecchi**
**United States Magistrate Judge**

CCC/nc
Orig.: Clerk of the Court
cc:   Hon. William H. Walls, U.S.D.J.
      Hon. Esther Salas, U.S.M.J.
      Parties
      File